|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| FOCUSED FITNESS, a Washington limited liability company, | NO: 2:14-CV-253-RMP |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| THE COOPER INSTITUTE, a Texas non-profit company, | |
| Defendant. | |

**BEFORE** the Court is the parties' Stipulated Motion for Dismissal, ECF No. 10. Having reviewed the motion and the file and pleadings therein, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, **ECF No. 10**, is **GRANTED**. Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1

2       3.  All scheduled court hearings, if any, are **STRICKEN**.

3       The District Court Clerk is directed to enter this Order, provide copies to

4  counsel, and **close this case**.

5       **DATED** this 3rd day of October 2014.

6

7                              *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
8                              Chief United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2